No. 72–1264. MAYOR OF PHILADELPHIA ET AL. *v.* EDU-
CATIONAL EQUALITY LEAGUE ET AL. C. A. 3d Cir. [Cer-
tiorari granted, 411 U. S. 964.] Motion of respondents
for leave to proceed further herein *in forma pauperis*
denied.

No. 72–1355. UNITED STATES *v.* MATLOCK. C. A. 7th
Cir. [Certiorari granted, *ante,* p. 917.] Motion of re-
spondent for appointment of counsel granted. It is or-
dered that Donald S. Eisenberg, Esquire, of Madison,
Wisconsin, be, and he is hereby, appointed as counsel for
respondent in this case.

No. 72–6534. ORSINGER *v.* RICHARDSON, ATTORNEY
GENERAL. Motion for leave to file petition for writ of
habeas corpus denied.

No. 72–1465. PROCUNIER, CORRECTIONS DIRECTOR, ET
AL. *v.* MARTINEZ ET AL. Appeal from D. C. N. D. Cal.
Motion of appellees for leave to proceed *in forma pauperis*
granted. Probable jurisdiction noted.

No. 72–1218. VALENTINE ET AL. *v.* OREGON. Sup. Ct.
Ore. Certiorari denied.

No. 72–1345. MOSCA ET AL. *v.* UNITED STATES;
No. 72–6456. WOLFSON *v.* UNITED STATES; and
No. 72–6479. ZAVOD ET AL. *v.* UNITED STATES. C. A.
2d Cir. Certiorari denied. Reported below: 475 F. 2d
1052.

No. 72–1368. ROSCIANO *v.* UNITED STATES. C. A. 7th
Cir. Certiorari denied.